

73/358
affirmed
AWP
PC

# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HARVEY JENNINGS, Appellant

No. 05-90-01121-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court of Dallas County, Texas. (Tr.Ct.No. F90-03319-KH).
Opinion delivered per curiam before Justices Baker, Ovard, and Morris.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.

Judgment entered May 13, 1994.

JAMES A. BAKER
JUSTICE



73/359
affirmed
DWPC

# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HARVEY JENNINGS, Appellant

No. 05-90-01122-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court of Dallas County, Texas. (Tr.Ct.No. F90-03321-KH).
Opinion delivered per curiam before Justices Baker, Ovard, and Morris.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.

Judgment entered May 13, 1994.

JAMES A. BAKER
JUSTICE



# Court of Appeals
# Fifth District of Texas at Ballas

## JUDGMENT

HARVEY JENNINGS, Appellant

No. 05-90-01123-CR       V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court of Dallas County, Texas. (Tr.Ct.No. F90-03320-KH).

Opinion delivered per curiam before Justices Baker, Ovard, and Morris.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.

Judgment entered May 13, 1994.

JAMES A. BAKER
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HARVEY JENNINGS, Appellant

No. 05-90-01124-CR    V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court of Dallas County, Texas. (Tr.Ct.No. F90-03322-KH).

Opinion delivered per curiam before Justices Baker, Ovard, and Morris.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.

Judgment entered May 13, 1994.

JAMES A. BAKER
JUSTICE

**Affirmed and Opinion Filed May 13, 1994**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

No. 05-90-01121-CR
No. 05-90-01122-CR
No. 05-90-01123-CR
No. 05-90-01124-CR

---

**HARVEY JENNINGS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court
Dallas County, Texas
Trial Court Cause Nos. F90-03319-KH, F90-03321-KH, F90-03320-KH,
F90-03322-KH

## OPINION PER CURIAM

Before Justices Baker, Ovard, and Morris

Harvey Jennings entered open pleas of guilty to four charges of aggravated robbery.

Appellant pleaded true to an enhancement paragraph in each case. The trial court accepted

appellant's pleas of guilty and true. The trial court assessed appellant's punishment at

fifteen years' imprisonment in cause number 05-90-01121-CR, thirty years' imprisonment

in cause numbers 05-90-01122-CR and 05-90-01123-CR, and forty-five years' imprisonment in cause number 05-90-01124-CR. The court assessed a fine of $10,000 in each case.

Appellant's attorney filed a brief in which he concludes that the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the records showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant he has a right to file a pro se brief.

In March 1991, appellant informed this Court that he wanted to file a pro se brief. We granted appellant extensions of time to June 24, 1991 to file his pro se brief. The trial court informed us that appellant received copies of the records. On March 30, 1994, we informed appellant he had thirty days to file his pro se brief or his appeals would be submitted without his pro se brief. As of the date of opinion, appellant has not filed his pro se brief. We decide the appeals without appellant's pro se brief.

We have reviewed the records and counsel's brief. We agree the appeals are frivolous and without merit. We find nothing in the records that might arguably support the appeals.

We affirm the trial court's judgments.

PER CURIAM

Do Not Publish
Tex. R. App. P. 90
901121F.U05

-2-